RECEIVED

JUN - 9 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

**Attachment 2 - EEOC Complaint Form**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
_San Antonio_   **DIVISION**

Alberto Benito Torres
_____

_____

(Name of plaintiff or plaintiffs)

v.

LAZ Parking Texas LLC
_____

Civil Action Number: SA23CA0742 OG
(Supplied by Clerk's Office)

_____

(Name of defendant or defendants)

**COMPLAINT**

1.       This action is brought by _Alberto Benito Torres_, Plaintiff,
pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

☒ Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)   Employment
Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment),
religion or national origin.

☒ The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

☒ The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[   ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[   ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees
only).

2.       Defendant _LAZ Parking Texas LLC_ (Defendant's name) lives
at, or its business is located at _112 E. Pecan St. # 565_
(street address), _San Antonio_ (city), _Texas_
(state), _78205_ (zip).

Rev. Ed. October 26, 2017

**28**

3a.    Plaintiff sought employment from the defendant or was employed by the defendant at __100 Auditorium Circle_____(street address), (city), __San Antonio__ (state), __Texas 78205__(zip).

3b.    At all relevant times of claim of discrimination, Defendant employed __500 +__ (#) employees.   If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.    Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _____(month) _____(day) ___ (year).   If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts:_____

.

5.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about __August__ (month) __20__(day) __2022__(year).  (Not applicable to federal civil service employees).

6a.    The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on __March__ (month) __13__(day) __2023__(year).  (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**        **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b.    Please indicate below if the E.E.O.C issued a **Determination** in your case:

          ☒ Yes
          [   ] No

**VERY IMPORTANT NOTE:**        **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7.    Because of plaintiff's:

          **(Please select the applicable allegation(s))**

          ☒  Race (If applicable, state race) __Mexican American__

          ☒  Color (If applicable, state color) __Dark Brown__

29

Rev. Ed. October 26, 2017

[X] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[X] Age (If applicable, state date of birth) __March 20, 1973__

[X] Disability (If applicable, state disability) __Diabetic, OCD, Hearing Loss__

[X] Prior complaint of discrimination or opposition to acts of discrimination.
(Retaliation) (If applicable, explain events of retaliation) __Reduced Hours.__
__Excessive amount of Work__

The defendant:   **(please select all that apply)**

[ ] failed to employ plaintiff.

[X] terminated plaintiff's employment.

[X] failed to promote plaintiff.

[X] harassed plaintiff.

[ ] other (specify) _____

8a.    State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**        **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.**

_____

8b.    List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

__Jimmy Ventura (210) 501-6253     Diego Arenas__
__Marissa Torres (210) 689-4621          (210) 668-0097__

8c.    List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:
__Pay check Stubs - Reduced Hours.__
__Medical Records - Physical and Mental Health.__

**30**

Rev. Ed. October 26, 2017
__Texas Work force Commission__
__Appeal Tribunal          — Wrongful termination__
__Decision              Medical verifiable illness__

9.    The above acts or omissions set forth in paragraphs 7 and 8 are:

    [  ]    still being committed by defendant.
    [X]    no longer being committed by defendant.

10.    Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[  ] Defendant be directed to employ plaintiff.

[  ] Defendant be directed to re-employ plaintiff.

[  ] Defendant be directed to promote plaintiff.

[X] Defendant be directed to __Pay lost wages, reinstate benifits, pain and__
and that the Court grant such other relief as may be appropriate, including injunctive _Suffering_
orders, damages, costs and attorney's fees. _Compensator_

I declare (or certify, verify, or state) under penalty of $ 100,000 +
perjury that the foregoing is true and correct.

___June 8 ,2023___
Date

___Ollubs B Tonos___
Signature of Plaintiff

___703  N. San Marcos Apt. 3302___
Address of Plaintiff

___San Antonio___   ___Texas___        ___78207___
City           State           Zip Code

Telephone Number(s)

(210)  379-9551

Email - LiLal05056@gmail.com.

Rev. Ed. October 26, 2017

# PRELIMINARY STATEMENT

1. This is an employment - related action for violations of the Plaintiffs Civil Rights Under Rehabilitation Act of 1973 and Title VII of the Civil Right Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"). The employer engaged unlawful employment discrimination in violation of Rehabilitation Act of 1973 and in violation of title VII by engaging in discriminatory and retaliatory acts against the Plaintiff based on his gender, race and age. (male, darkskin Mexican American 48 years old.)

and his disabilities.

(Diabetic, obsessive-Compulsive Disorder and Hearing Loss.)

2. Plaintiff: Alberto Benito Torres

703 N. San Marcos Apt. 3302

San Antonio tx. 78207

Defendant.   LAZ Parking Texas LLC

112 E. Pecan Street #565

San Antonio Tx. 78205

The Plaintiff was unlawfully denied his request of reasonable accomodation. was demoted and discriminated and retaliated against in terms and

and conditions of employment and harassment forcing him to heaping excess amounts of work, less opportunity and relegating the Plaintiff to less favorable tasks and unequal treatment, replacement by another employee outside of the employees protected class. These actions were by LAZ Parking Operation Manager wesley Riley at the Tobin Center Location.

100 Auditorium Cir.

San Antonio, Tx. 78205

## JURIDICTION VENUE

3. This court has jurisdiction of Plaintff's claims pursuant Rehabilitation Act of 1973 and 28 U.S.C. § 1331, title VII.

## ALLEGATIONS

4 Plaintiff Alberto Benito Torres was hired as a Supervisor September 16, 2013. By then Operations Manager Diego Arenas (210) 668-0097. Plaintiff had 16 years of Parking experience at A.B.M Parking as a Supervisor. (Rita (210) 378-1002 ABM Operation Manager and 7 years at the Tobin Center at

time of wrongful termination.

Parking Experience both in office and field work. Positions and duties Supervisor, cashier, Trainer, Maintance, Valet driver. Reserved Premium Parking level 2 and 3, Shuttle Cart driver and Security guard. Worked at other locations including Att Center as needed,

2019 Employee of the Year.

5. When Mr. Wesley Riley came in as new Operation Manager at the Tobin Center Mr. Riley replaced me with a younger girl light skin early 20's (Samatha Lopez).

6

Very little experience and had been caught stealing money and failed a drug test. Rehired back by Mr. Riley (who dated Samatha Lopez the first time she worked at Tobin Center) several times.

In between bringing back Samatha Lopez he hired 3 other young girls. also light skin. early 20's,

6.  On or about October 18 or 19, 2021. Was told to clean out an old storage room that belongs to first Bapist Church which owns part of the Tobin Center. becous the auditor was coming in

and    Mr. Riley was in violation
for using his office as a breakroom
where money and paper work was kept.
Had me gut out the church room.
which was built in 1926 filled with
mold, absestos, and lead paint. with
no ventilation or windows. Had to
paint and move all the furniture into
new breakroom/valet room. With no
proctective gear which I requested.
Mr. Riley who was hardly at work
during the last year I was there because
he said he wanted to spend time with

his daughter who was a senior in High School before she went to college. Mr. Riley said he would help never showed up.

7. Become sick from the paint fumes. Lung hurting, Nausear, Headache, direhea. Could not eat or swallow. Told Mr. Riley I did not feel well, Refused to let me go home. I was also driving the shuttle cart for the shows all sick. with under lind conditions. Told Mr. Riley I had COVID like symptoms. refused to let me go home. Instead gave me

a

fake COVID tests. Not approved

by the FDA. More worried about the

auditor.

8. Lost 18 pounds in less than a month

My diabetes worsened (Hyperglycemia).

Out of control diabetes.

9. Was wrongfully terminated by

wesley Riley, accused of gaing to

office after hour drunk. I had

the Key to the door nothing stolen or

broken. Had permission from Mr. Riley

to stay overnight, like he and his family

stayed there at times. I had a proven

medical episode. I offered to take drug/alchol test but he refused. Ended up getting mental assestment, with suicidal thought. Spent the next month in and out of doctors offices.

### RELIEF

10. Would like for LAZ Parking Texas LLC. to reinstate benefits I had. Pay Pain and suffering and future medical bills. $100,000 in emotional Stress. Pay lost wages. and Jury trial

June 8, 2023    .    Cllln B, Tony



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229
(210) 640-7530
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/13/2023

**To:** Mr. Alberto B. Torres
214 Harcourt
San Antonio, TX 78223
Lilal0506@gmail.com

Charge No: 451-2022-01860

EEOC Representative and email:    My Linh Kingston
Federal Investigator
mylinh.kingston@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 451-2022-01860.

On behalf of the Commission,

*for*    Norma J. Guzman
Field Director